UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ANGEL MORALES, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:08-cv-786-SEB-JMS |
| | ) | |
| B.R. JETT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Final Judgment and Writ of Habeas Corpus**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petition of Angel Morales, Reg. No. 04899-027 for a writ of habeas corpus is **granted.** Consistent with this adjudication:

1. The conviction of Angel Morales in the United States District Court for the Northern District of Indiana in No. 2:96 CR 44 is **vacated.**

2. The respondent and any authority of the United States of America holding custody of Angel Morales pursuant to the sentence imposed on Angel Morales in the United States District Court for the Northern District of Indiana in No. 2:96 CR 44 shall unconditionally release Mr. Morales from service of that sentence upon receipt of this Final Judgment and Writ. The Bureau of Prisons may take such time in doing so as is necessary to complete the processing of its records and of Mr. Morales, but in no event shall this take more than 48 hours after this Final Judgment and Writ is received.

3. The Final Judgment and Writ shall be served on the respondent or the respondent's designee as directed in the accompanying Entry.

Date: 06/16/2008

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Joseph C. Chapelle
BARNES & THORNBURG LLP
joe.chapelle@btlaw.com

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Dan  Himmelfarb
MAYER BROWN LLP
1909 K Street, N.W.
Washington, DC 20006-1101

United States Marshal
46 East Ohio Street
179 U.S. Courthouse
Indianapolis, IN 46204